UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA LYNNE SMOLARZ,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.
_____/

Case No. 2:18-cv-11340
Magistrate Judge Anthony P. Patti

## **JUDGMENT**

In accordance with the opinion and order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on May 21, 2019,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: May 21, 2019

s/*Anthony P. Patti*
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

s/DAVID J. WEAVER
CLERK OF THE COURT
BY: s/Michael Williams
Deputy Clerk